UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:23-cv-00470

Name of party requesting extension: Verizon Communications Inc., et al

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 10/5/2023

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other  45  days

New Deadline Date: 12/11/2023   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Deron R. Dacus
State Bar No.: 00790553
Firm Name: The Dacus Firm, P.C.
Address: 821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Phone: 903.705.1117
Fax: 903.581.2543
Email: ddacus@dacusfirm.com

A certificate of conference does not need to be filed with this unopposed application.