# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al,<br><br>　　　　Defendants. | Case No. 2:23-cv-00470-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

**COMES NOW** Matthew S. Yungwirth, admitted to the bar of this Court on December 6, 2007, and respectfully enters his appearance as lead counsel of record for Verizon Communications, Inc. and Cellco Partnership dba Verizon Wireless.  All further communications, correspondence and orders may be directed to Mr. Yungwirth at the below address:

　　　　　　　　　　　　　　　　**DUANE MORRIS LLP**
　　　　　　　　　　　　　　　　1075 Peachtree Street NE, Suite 1700
　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　Telephone:  (404) 253-6900
　　　　　　　　　　　　　　　　Facsimile:  (404) 253-6901
　　　　　　　　　　　　　　　　E-mail: msyungwirth@duanemorris.com

Dated:  November 15, 2023　　　　　　　**DUANE MORRIS LLP**

　　　　　　　　　　　　　　　　_/s/ Matthew S. Yungwirth_
　　　　　　　　　　　　　　　　Matthew S. Yungwirth
　　　　　　　　　　　　　　　　msyungwirth@duanemorris.com
　　　　　　　　　　　　　　　　1075 Peachtree Street NE, Suite 1700
　　　　　　　　　　　　　　　　Atlanta, GA  30309
　　　　　　　　　　　　　　　　Telephone: 404.253.6900
　　　　　　　　　　　　　　　　Facsimile:  404.253.6901

　　　　　　　　　　　　　　　　*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on November 15, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/  Matthew S. Yungwirth  
Matthew S. Yungwirth
