# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC, d/b/a VIVATO TECHNOLOGIES,<br><br>          Plaintiff,<br><br>     v.<br><br>VERIZON COMMUNICATIONS, INC., et al.,<br><br>          Defendants. | Civil Action No. 2:23-cv-00470-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## APPEARANCE OF COUNSEL

Notice is hereby given that William Andrew Liddell with the law firm of Duane Morris LLP, admitted to practice in this Court, hereby enters his appearance as counsel of record for Defendants Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless to accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on behalf of Defendants. Mr. Liddell's contact information is in the signature block below.

Dated: November 27, 2023

Respectfully submitted,

*/s/ William Andrew Liddell*
William Andrew Liddell
State Bar No. 24070145

**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Hwy, Suite 300
Austin, Texas 78746
Telephone: (512) 277-2300
Fax: (512) 277-2301
E-mail: WALiddell@duanemorris.com

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ William Andrew Liddell*
William Andrew Liddell
