IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>Defendants. | Case No. 2:23-cv-00470-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## **VERIZON'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless submit this notice of party with financial interest.

Cellco Partnership d/b/a Verizon Wireless is indirectly wholly-owned by Verizon Communications Inc.

Verizon Communications Inc. is a publicly held company. No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

Dated:  December 11, 2023

Respectfully submitted,

/s/ *Matthew S. Yungwirth*
Matthew Sean Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, NE
Suite 1700
Atlanta, GA 30309-3929
Telephone:  404.253.6935
Facsimile:  404.253.6901

>Deron R. Dacus (TBN 00790553)
>ddacus@dacusfirm.com
>**THE DACUS FIRM, P.C.**
>821 ESE Loop 323
>Suite 430
>Tyler, Texas 75701
>Telephone: 903.705.1117
>Facsimile: 903.581.2543
>
>William Andrew Liddell
>waliddell@duanemorris.com
>**DUANE MORRIS LLP**
>900 S. Capital of Texas Hwy
>Suite 300
>Austin, TX 78746
>Telephone:  512.277.2272
>Facsimile:  512.227.2301
>
>*Counsel for Defendants Verizon Communications, Inc., Cellco Partnership dba Verizon Wireless*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 11, 2023.

>*/s/ Matthew S. Yungwirth*
>Matthew S. Yungwirth