# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>Defendants.<br><br>NOKIA OF AMERICA CORPORATION.<br><br>Intervenor. | Case No. 2:23-cv-00470-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT OF
## INTERVENOR NOKIA OF AMERICA CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1, Nokia of America Corporation makes this Corporate Disclosure Statement.  Nokia of America Corporation is a wholly owned subsidiary of Nokia Solutions and Networks B.V., a company organized under the laws of the Netherlands, which is a wholly owned subsidiary of Nokia Solutions and Networks Oy, a company organized under the laws of Finland.  Nokia Solutions and Networks Oy is a wholly owned subsidiary of Nokia Corporation.  Nokia Corporation is a publicly traded company organized under the laws of Finland.

Dated:  December 12, 2023

Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430

Tyler, Texas 75701
Telephone:  903.705.1117
Facsimile:  903.581.2543
Email: ddacus@dacusfirm.com

Matthew S. Yungwirth
Email: msyungwirth@duanemorris.com
John R. Gibson
Email: jrgibson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900

*Counsel for Intervenor Nokia of America Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 12, 2023.

                                          */s/ Matthew S. Yungwirth*
                                              Matthew S. Yungwirth