IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>    Defendants.<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenors. | Case No. 2:23-cv-00470-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF ALICE SNEDEKER

Notice is hereby given that Alice Snedeker of the law firm Duane Morris LLP, admitted to practice in this Court, enters her appearance as counsel of record for Verizon Communications, Inc., Cellco Partnership dba Verizon Wireless and Intervenors Nokia of America Corporation and Ericsson Inc. Ms. Snedeker will accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on their behalf at her contact information below.

Dated: December 12, 2023

Respectfully submitted,

*/s/ Alice Snedeker*
Alice Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900

*Counsel for Verizon Communications, Inc., Cellco Partnership dba Verizon Wireless and Intervenors Ericsson Inc. and Nokia of America Corporation*

## CERTIFICATE OF SERVICE

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 12, 2023.

                                                                         */s/ Alice Snedeker*
                                                                           Alice Snedeker