# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>        Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>        Defendants.<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>        Intervenors. | Case No. 2:23-cv-00470-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF JOHN R. GIBSON

Notice is hereby given that John R. Gibson of the law firm Duane Morris LLP, admitted to practice in this Court, enters his appearance as lead counsel of record for Intervenor Ericsson Inc. and counsel of record for Verizon Communications, Inc., Cellco Partnership dba Verizon Wireless and Intervenor Nokia of America Corporation.  Mr. Gibson will accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on their behalf at his contact information below.

Dated:  December 12, 2023              Respectfully submitted,

                                       */s/ John R. Gibson*
                                       John R. Gibson
                                       jrgibson@duanemorris.com
                                       **DUANE MORRIS LLP**
                                       1075 Peachtree Street NE, Suite 1700
                                       Atlanta, GA 30309
                                       Telephone: (404) 253-6900

                                       *Counsel for Verizon Communications, Inc., Cellco Partnership dba Verizon Wireless and Intervenors Ericsson Inc. and Nokia of America Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 12, 2023.

*/s/ John R. Gibson*
John R. Gibson
