IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>*Defendants*,<br>ERICSSON INC.,<br><br>*Intervenor*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00470-JRG-RSP |

## ORDER

Before the Court is Intervenor Ericsson Inc.'s Motion to Intervene. (**Dkt. No. 18**.) Having considered the Motion, and the relevant authorities, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, Ericsson is permitted to intervene in these actions and is **GRANTED LEAVE** to file a responsive pleading in intervention promptly.

**SIGNED this 13th day of December, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE