**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00470-JRG-RSP |
| VERIZON COMMUNICATIONS INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | § § § § | |
| Defendants, | § § | |
| ERICSSON INC., NOKIA OF AMERICA CORPORATION, | § § | |
| Intervenor. | | |

## ORDER

Before the Court is Intervenor Nokia of America Corporation's Motion to Intervene. (**Dkt. No. 19**.) Having considered the Motion, and the relevant authorities, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, Nokia is permitted to intervene in these actions and is **GRANTED LEAVE** to file a responsive pleading in intervention promptly .

**SIGNED this 13th day of December, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE