IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, | § § § | |
| *Plaintiff*, | § § | |
| | § | CIVIL ACTION NO. 2:23-CV-00470-JRG-RSP |
| v. | § | (Lead Case) |
| | § | |
| VERIZON COMMUNICATIONS INC. *et al.*, | § § § | CIVIL ACTION NO. 2:23-CV-00469-JRG-RSP (Member Case) |
| | § | |
| *Defendants*, | § § | |
| ERICSSON INC., NOKIA OF AMERICA CORPORATION, | § § § | |
| | § | |
| *Intervenors*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Intervene filed by Movant-Intervenor Ericsson Inc., **Dkt. No. 18**, and the Unopposed Motion for Leave to Intervene filed by Movant-Intervenor Nokia of America Corporation, **Dkt. No. 20**. Both Motions were filed in Member Case No. 2:23-cv-469 prior to the order consolidating, 2:23-cv-469 Dkt. No. 25.

Nokia and Ericsson moved to intervene pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, pursuant to Rule 24(b). Having considered the Motions, their unopposed nature, and the relevant authorities, the Court finds that the Motions should be and hereby are **GRANTED**. Accordingly, Nokia and Ericsson are permitted to intervene in member case 2:23-cv-469 and are **GRANTED LEAVE** to file responsive pleadings in intervention in the Lead Case.

SIGNED this 17th day of December, 2023.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE