IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. *et. al.*. | Case No. 2:23-cv-00470-JRG-RSP<br><br>**LEAD CASE** |

# JOINT MOTION FOR ENTRY OF

# DISCOVERY ORDER AND DOCKET CONTROL ORDER

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato"), Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless ("Verizon"), AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. ("AT&T"), and T-Mobile USA, Inc., ("T-Mobile"), and Intervenors Nokia of America Corporation ("Nokia") and Ericsson Inc. ("Ericsson") (collectively, the "Parties") jointly move for entry of the attached [Proposed] Discovery Order and the attached [Proposed] Docket Control Order.

| | |
|---|---|
| Dated:  February 1, 2024 | Respectfully submitted,<br><br>*/s/ Reza Mirzaie*<br>Reza Mirzaie (CA SBN 246953)<br>rmirzaie@raklaw.com<br>Neil Rubin (CA SBN)<br>nrubin@raklaw.com<br>Paul A. Kroeger (CA SBN 229074)<br>pkroeger@raklaw.com<br>Philip X. Wang (CA SBN 262239)<br>pwang@raklaw.com<br>James N. Pickens (CA SBN 307474)<br>jpickens@raklaw.com<br>Adam Hoffman<br>ahoffman@raklaw.com<br>Jacob Buczko |

1

jbuczko@raklaw.com
Minna Chan
mchan@raklaw.com
Christian Conkle
cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

***Counsel for Plaintiff XR Communications LLC dba Vivato Technologies***


*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
Duane Morris LLP
1075 Peachtree Street NE Suite 1700
Atlanta, Georgia 30309
T: (404)-253-6900

***Counsel for Defendants AT&T Services Inc.; AT&T Mobility LLC; AT&T Corp., Verizon Communications, Inc.; Cellco Partnership d/b/a Verizon Wireless; T-Mobile USA, Inc.***
***Counsel for Intervenors Nokia of America Corporation and Ericsson Inc.***

Deron R. Dacus (TX SBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
T: (903) 705-1117

***Counsel for Defendants AT&T Services Inc.; AT&T Mobility LLC; AT&T Corp., Verizon Communications, Inc.; Cellco Partnership d/b/a Verizon Wireless; T-Mobile USA, Inc.***

2

*Counsel for Intervenors Nokia of America Corporation and Ericsson Inc.*

Melissa Smith (TX SBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
T: (903) 934-8450
melissa@gillamsmith.com

*Counsel for Defendant T-Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on February 1, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this same date.

                                                              */s/ Reza Mirzaie*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing the Joint Motion.

/s/ Reza Mirzaie