# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, | Case No. 2:23-cv-00470-JRG-RSP (Lead Case) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | |
| Defendants, | |
| NOKIA OF AMERICA CORPORATION, | |
| Intervenor. | |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, | Case No. 2:23-cv-00468-JRG-RSP (Member Case) |
| Plaintiff, | |
| v. | |
| AT&T SERVICES INC., AT&T MOBILITY LLC and AT&T CORP., | |
| Defendants, | |
| NOKIA OF AMERICA CORPORATION, | |
| Intervenor. | |

### PLAINTIFF XR COMMUNICATIONS, LLC'S ANSWER TO INTERVENOR NOKIA OF AMERICA CORPORATION'S COUNTERCLAIMS (DKT. NO. 36)

Plaintiff XR Communications, LLC dba Vivato Technologies ("XR" or "Plaintiff") hereby answers the Counterclaims of Intervenor Nokia of America Corporation ("Nokia" or "Intervenor") (Dkt. No. 36) as follows:

## PARTIES

1. Admitted.

2. Admitted.

3. Admitted

## JURISDICTION AND VENUE

4. Admitted.

5. Admitted.

6. Plaintiff admits that venue is proper in this district over Plaintiff's claims and Intervenor's counterclaims. Except as expressly admitted, Plaintiff denies the allegations of Paragraph 6.

## NATURE OF THE ACTION

7. Admitted.

8. Admitted.

9. Plaintiff lacks information or belief to either admit or deny the allegations of Paragraph 9 and denies the allegations on that basis.

10. Plaintiff admits that the allegations of Intervenor's counterclaims speak for themselves. Except as expressly admitted, Plaintiff denies the allegations of Paragraph 10.

11. Plaintiff admits that the allegations of Intervenor's counterclaims speak for themselves. Except as expressly admitted, Plaintiff denies the allegations of Paragraph 11.

12. Paragraph 12 of the counterclaims is unintelligible. To the extent a response is required, Plaintiff denies the allegations of Paragraph 12.

## First Counterclaim

## Declaratory Judgment of Non-Infringement of the '256 Patent

13. Plaintiff incorporates by reference the responses to the paragraphs above.

14.     Plaintiff admits that the allegations of its Complaint speak for themselves. Except as expressly admitted, Plaintiff denies the allegations of Paragraph 14.

15.     Admitted.

16.     Denied.

17.     Admitted.

18.     Paragraph 18 is a statement of the relief sought by Intervenor and requires no response. To the extent a response is required, Plaintiff denies the allegations.

### Second Counterclaim

### Declaratory Judgment of Non-Infringement of the '569 Patent

19.     Plaintiff incorporates by reference the responses to the paragraphs above.

20.     Plaintiff admits that the allegations of its Complaint speak for themselves. Except as expressly admitted, Plaintiff denies the allegations of Paragraph 20.

21.     Admitted.

22.     Denied.

23.     Admitted.

24.     Paragraph 24 is a statement of the relief sought by Intervenor and requires no response. To the extent a response is required, Plaintiff denies the allegations.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief with respect to Intervenor's counterclaims:

A.      A dismissal with prejudice of Intervenor's counterclaims;

B.      An adjudication that Intervenor is not entitled to any relief on its counterclaims, including, without limitation, any fine or damages; and

C.      Costs and such further relief to which Plaintiff is entitled, and which the Court deems just and equitable.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.


Dated: February 13, 2024                    Respectfully submitted,


                                            */s/ Reza Mirzaie*
                                              Reza Mirzaie

                                            **RUSS AUGUST & KABAT**
                                            12424 Wilshire Blvd., 12th Floor
                                            Los Angeles, California 90025
                                            Telephone: (310) 826-7474
                                            Facsimile: (310) 826-6991


                                            Attorneys for Plaintiff
                                            *XR Communications, LLC dba Vivato*
                                            *Communications*

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 13, 2024 with a copy of this document via the Court's ECF system.

DATED: February 13, 2024              Respectfully submitted,

By: */s/ Reza Mirzaie*
    Reza Mirzaie