# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba<br>VIVATO TECHNOLOGIES,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; CELLCO<br>PARTNERSHIP D/B/A VERIZON WIRELESS<br>    Defendants.<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenors. | Case No. 2:23-cv-00470-JRG-RSP<br><br>**LEAD CASE** |
| XR COMMUNICATIONS, LLC, dba<br>VIVATO TECHNOLOGIES,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC;<br>AND AT&T CORP<br><br>    Defendants.<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenors. | CASE NO. 2:23-cv-00468-JRG-RSP<br><br>**MEMBER CASE** |
| XR COMMUNICATIONS, LLC, dba<br>VIVATO TECHNOLOGIES,<br><br>v.<br><br>T-MOBILE USA, INC.<br>        Defendant.<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenors. | CASE NO. 2:23-cv-00469-JRG-RSP<br><br>**MEMBER CASE** |

# JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato"), Defendants AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. ("AT&T"), Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc., ("T-Mobile"), and Intervenors Ericsson Inc. and Nokia of America Corporation (collectively, the "Parties") jointly move for entry of the attached [Proposed] Protective Order.

Dated: February 15, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil Rubin (CA SBN)
nrubin@raklaw.com
Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Philip X. Wang (CA SBN 262239)
pwang@raklaw.com
James N. Pickens (CA SBN 307474)
jpickens@raklaw.com
Adam Hoffman
ahoffman@raklaw.com
Jacob Buczko
jbuczko@raklaw.com
Minna Chan
mchan@raklaw.com
Christian Conkle
cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

***Counsel for Plaintiff XR Communications LLC dba Vivato Technologies***

*/s/ Melissa Smith*

2

Melissa Smith (TX SBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
T: (903) 934-8450
melissa@gillamsmith.com

*Counsel for Defendant T-Mobile USA, Inc.*

*/s/ Deron R. Dacus*
Deron R. Dacus (TX SBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
T: (903) 705-1117

*Counsel for Defendants AT&T Services Inc.; AT&T Mobility LLC; AT&T Corp., Verizon Communications, Inc.; Cellco Partnership d/b/a Verizon Wireless; and Intervenors Ericsson Inc., Nokia of America Corporation*

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
Duane Morris LLP
1075 Peachtree Street NE Suite 1700
Atlanta, Georgia 30309
T: (404)-253-6900

*Counsel for Defendants AT&T Services Inc.; AT&T Mobility LLC; AT&T Corp., Verizon Communications, Inc.; Cellco Partnership d/b/a Verizon Wireless; T-Mobile USA, Inc. and Intervenors Ericsson Inc., Nokia of America Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on February 15, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

                                                                                               */s/ Reza Mirzaie*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing the Joint Motion.

/s/ Reza Mirzaie