IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al,<br><br>　　　　Defendants,<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>　　　　Intervenors. | Case No. 2:23-cv-00470-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**AT&T CORP.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, AT&T Corp. ("AT&T") supplements its disclosures as follows.

AT&T Corp. has undergone a corporate transaction and is now merged and converted into AT&T Enterprises, LLC.

AT&T Enterprises, LLC is a Delaware limited liability company, whose sole member is AT&T Wireline Holdings, LLC. AT&T Wireline Holdings, LLC is a Delaware limited liability company, whose sole member is AT&T DW Holdings, Inc. AT&T DW Holdings, Inc., a New York corporation, is a wholly-owned subsidiary of BellSouth Mobile Data, Inc. BellSouth Mobile Data, Inc., a Georgia corporation, is a wholly-owned subsidiary of AT&T Inc.

All of the foregoing companies except for AT&T Inc. are direct or indirect subsidiaries of AT&T Inc. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. None of the other foregoing companies is a publicly traded company. To the best

of AT&T Inc.'s knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc.  AT&T Inc. has no parent corporation.

Dated:  June 19, 2024

Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile:  404.253.6901

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

Deron R Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Attorneys for Defendants*
*AT&T Services, Inc., AT&T Mobility LLC,*
*and AT&T Corporation*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 19, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF service, which will provide an electronic notification of the service of such pleading to all counsel of record.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth

DM2\19751298.1