# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP dba VERIZON WIRELESS,<br><br>　　　　　Defendants.<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>　　　　　Intervenors. | Civil Action No. 2:23-CV-00470-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF SAJID SALEEM

COMES NOW Sajid Saleem of Duane Morris LLP and respectfully enters his appearance as counsel of record for Defendants Verizon Communications, Inc. and Cellco Partnership dba Verizon Wireless (collectively "Verizon"); AT&T Services Inc., AT&T Mobility LLC and AT&T Corp. (collectively "AT&T," in Member Case No. 2:23-cv-00468); T-Mobile USA, Inc. ("T-Mobile," Member Case No. 2:23-cv-00469); and Intervenors Ericsson Inc. and Nokia of America Corporation (collectively "Defendants/Intervenors").  Mr. Saleem was admitted to the bar of this Court on February 9, 2018, and will accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on their behalf at his contact information below.

Dated:  July 12, 2024　　　　　　　　　　　　　　　**DUANE MORRIS LLP**

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sajid Saleem*
　　　　　　　　　　　　　　　　　　　　　　　　　　Sajid Saleem
　　　　　　　　　　　　　　　　　　　　　　　　　　ssaleem@duanemorris.com

DM2\19843201.1

1075 Peachtree Street, Suite 1700  
Atlanta, Georgia  30309  
Telephone:  (404) 253.6900  
Facsimile:  (404) 253.6901

*Counsel for Defendants/Intervenors*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 12, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                  */s/ Sajid Saleem*  
                                                  Sajid Saleem