AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| XR Communications, LLC, dba Vivato Technologies | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-00470 -JRG-RSP |
| VERIZON COMMUNICATIONS, INC., ET AL. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

XR Communications, LLC, dba Vivato Technologies                                        .

Date:   08/02/2024

/s/ Jonathan MA
*Attorney's signature*

Jonathan Ma (CA SBN 312773)
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

jma@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print    Save As...    Reset